MAASS, ELIZABETH T., Associate Judge.
 

 Rajae Dishman was charged with trafficking in cocaine. He entered an open no contest plea to the court and filed a motion for downward departure under the Florida Youthful Offender Act, section 958.011, et seq., Florida Statutes (2007). The trial court granted the motion and sentenced Dishman to two years in prison with a recommendation he be sent to boot camp, but withheld adjudication of guilt. The state appealed, arguing that the withholding of adjudication was error, since Dish-man was sentenced to more than 364 days of incarceration. We agree.
 
 See State v. Butler,
 
 719 So.2d 344 (Fla. 4th DCA 1998). We vacate Dishman’s sentence and re
 
 *774
 
 mand the action to the trial court for re-sentencing in conformity "with this opinion.
 

 GROSS, C.J., and FARMER, J., concur.